AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
FABIEN JOSEPH a/k/a JEAN PATRICK DORLEANS

FILED by _____ D.C.
JUL 1 3 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4176-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 22, 2000__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

Did knowingly & willfully conspire to smuggle an alien for private financial gain

in violation of Titles __8, 18__ United States Code, Section(s) __1324 (a)(2)(b)(ii); 371__.

I further state that I am a(n) __Special Agent, INS__ and that this complaint is based on the following facts:

See attached affidavit incorporated by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 13, 2000__ at __Ft. Lauderdale, FL__
Date                                                City and State

BARRY S. SELTZER
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## Affidavit in Support of Criminal complaint

I, Michael A. Michelin, being duly sworn, hereby depose and state:

1. I am a Special Agent with the United States Department of Justice, Immigration & Naturalization Service ("INS") and have been employed in this capacity since March of 1987. I began employment with the INS in July of 1985 as a Border Patrol Agent and was assigned to Eagle Pass, Texas. I am currently assigned to the Miami District Office, Miami, Florida as an Anti-Smuggling Agent.

2. On June 22, 2000, at approximately 8:30 PM I responded to the Ft Lauderdale Airport in response to a call from INS Inspections regarding a possible smuggling case. Upon arriving I was briefed by INS Inspections personnel and determined the following facts.

3. On the evening of June 22, 2000, a black male child claiming to be Patrick Edward Leonard arrived at the Ft Lauderdale Airport aboard Lynx flight 260 from Haiti. Leonard was in possession of a United States Passport bearing his photograph and the name of Patrick Edward Leonard Jr. Leonard was accompanied by a black male adult named Jean Patrick Dorleans, who was entering the United States with an INS form I-551, Resident Alien Card #A41-135-822, and a Florida identification card in the same name.

Both Dorleans and Leonard were inspected by Immigration & Naturalization Service Officer Darren Blum. Leonard told Officer Blum that his name was Patrick Leonard and that Jean Patrick Dorleans was his uncle. Officer Blum found the U.S. passport presented by Leonard to be suspect, possibly photo substituted. Both Leonard, and Jean Patrick Dorleans were sent to the secondary inspection area for further questioning.

4. During the secondary inspection, officers searched the luggage of Jean Patrick Dorleans and discovered a second set of identity documents bearing the photograph of Dorleans and the name Fabien Joseph The documents were a Florida Drivers license, a Florida concealed weapon license, and a Social Security card. The officers also found numerous Haitian passports and identity documents, airline tickets, receipts, and travel itineraries in other names. Several of the airline tickets were in the names of Jean Patrick Dorleans and in the name of Fabien Joseph. Dorleans also had two photographs of Leonard in his wallet. Officers conducted records checks for both of the identities through INS indices as well as the Treasury Enforcement Computer System. The checks revealed that both Jean Patrick Dorleans and Joseph Fabien had administrative records with the INS, and criminal histories maintained by the Federal Bureau of Investigation.("FBI") Fingerprints were taken of subject Dorleans and they were sent via fax to the FBI's identification center in West Virginia.

5.  At approximately 8:30 PM, Officer Roxanna Rodriguez asked Patrick Leonard what his real name was and he stated that his name was Cuidy Joseph. The child further advised that he was born in Haiti on 20 March 1990, and that his mothers name was Junex Joseph, and that she lived in Lauderhill, Florida. He then gave Officer Rodriguez his mothers local phone number. He also told Officer Rodriguez that Dorleans who Joseph referred to as "Papito", gave him the U.S. passport on May 17, 2000. Officer Rodriguez contacted the mother and instructed her to come to the inspections area.

6.  At approximately 9:30 PM Junex Joseph arrived at the inspections area of the Ft Lauderdale Airport. Officer Rodriguez spoke with Junex Joseph and solicited a written statement. Junex Joseph related that beginning in February of this year she began sending payments of $1,000 to Haiti in order to pay to have her son Cuidy Edward Joseph smuggled into the United States. The payments totaling $3,000 were sent to a Jean Juliana, a friend of Junex Joseph in Haiti. Jean Juliana then allegedly gave the money to a man known as "Dudu", who would arrange to have Junex Joseph's son brought illegally to the U.S. Each of the three $1,000 payments were sent to Haiti with three different couriers arranged by Jean Juliana. In February a $1,000 payment was given to a woman known as Adeline LNU. In April of 2000, another $1,000 was sent to Haiti with Juliette LNU.

The last $1,000 payment was sent to Haiti in May with Reginald LNU. Junex Joseph stated that she wasn't sure when her son would arrive. Junex Joseph further stated that she had dealt with these smugglers once before. Junex Joseph stated that on April 26, 2000, her daughter Galexa was smuggled into the U.S. at Ft Lauderdale Airport with a U.S. passport in the name of Charles. Service indices show that someone used U.S. passport in the name of Gloria Charles made entries into the United States from Haiti on April 26, 2000, and on January 13, 2000. Junex said that Jean Juliana sent a man named "Eddy" LNU to pick up $3,000 to pay for her daughter's arrangements. Amongst the tickets found in the possession of Fabien Joseph was one dated January 13, 2000, in the name of Gloria Charles showing travel from Haiti.

7. At approximately 1130 PM the FBI's Fingerprint Identification Center in West Virginia reported that the fingerprints submitted earlier for Dorleans, were in fact the fingerprints of Fabien Joseph and not Jean Patrick Dorleans.

8. In view of the forgoing, I submit that there is probable cause to believe that Fabien Joseph, aka; Jean Patrick Dorleans knowingly, and willfully combined, conspired, confederated, and agreed to violate Title 8, USC, Section1324(a)(2)(B)(ii) (alien smuggling for private financial gain); all in violation of Title 18, United States Code, Section 371.

FURTHER AFFIANT SAYETH NAUGHT

*Michael A. Michelin*
MICHAEL A. MICHELIN
UNITED STATES DEPARTMENT OF JUSTICE,
IMMIGRATION & NATURALIZATION SERVICE


SUBSCRIBED AND SWORN TO BEFORE

ME THIS 13th DAY OF July, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE