AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

V.

FABIEN JOSEPH a/k/a JEAN PATRICK DORLEANS

**WARRANT FOR ARREST**

CASE NUMBER: 00-4176-BSS

FILED by D.C.
JUL 13 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ FABIEN JOSEPH, a/k/a JEAN PATRICK DORLEANS ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to smuggle an alien for private financial gain

in violation of Title ___ 8, 18 ___ United States Code, Section(s) ___ 1324 (a)(2)(B)(ii); 371 ___

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

July 13, 2000  Ft. Lauderdale
Date and Location

Bail fixed at $ Pretrial Detention by ___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.