## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FABIEN JOSEPH (J)  CASE NO: 00-4176-BSS

AUSA: *Kaplan - duty*  ATTY:

AGENT: MICHAEL MICHELIN, INS  VIOL: 8:1324, 18:371

PROCEEDING: I/A ON COMPLAINT  RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no  COUNSEL APPOINTED:

BOND SET @:  To be cosigned by:

FILED by _____ D.C.

JUL 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❑ Do not violate any law.

❑ Appear in court as directed.

❑ Surrender and / or do not obtain passports / travel documents.

❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑ Maintain or seek full - time employment.

❑ No contact with victims / witnesses.

❑ No firearms.

❑ Curfew: _____.

❑ Travel extended to: _____.

❑ Halfway House _____.

*Deft advised of charges*
*Andrew Pierre - cnsl*
*756-5250*
*458-5252 - per deft*
*Clerk to call Cnsl*
*and advise of hrg dates*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 7-24 | 11 | BSS | ✓ |
| PTD/BOND HEARING: | 7-28 | 10 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-4 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 7/21/00    TIME: 11:00    FTL/LSS TAPE # 00 - 039    Begin: 385 End: 1075

*3 pr*