| | | | |
|---|---|---|---|
| DEFT: | FABIEN JOSEPH (J) | CASE NO: | 00-4176-Seltzer |
| AUSA: | Thomas Lanigan by Bertha Mitrani | ATTNY: | No Attorney |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry Re: Counsel | BOND REC: | |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: _____

FILED BY ___ D.C.
JUL 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

Creole Interpreter necessary
Inquiry Re: Counsel rescheduled
to July 25, 2000 @ 11:00 a.m.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: July 28, 2000 @ 10:00 a.m.
PRELIM/ARRAIGN. OR REMOVAL: August 4, 2000 @ 11:00 a.m.
STATUS CONFERENCE: _____
DATE: July 24, 2000   TIME: 11:00 a.m.   TAPE # 00-58   PG #

5/A