DEFT: FABIEN JOSEPH (J)   CASE NO: 00-4176-Seltzer
AUSA: Thomas Lanigan by Bertha Mitrani   ATTNY: Robin Farnsworth
AGENT: _____   VIOL: _____
PROCEEDING: _____   BOND REC: _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: FPD
✓ BOND SET @ $500,000.00 CSB w/ nebbia
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Creole
(Specify Language)

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: July 28, 2000 @ 10:00 a.m. - Cancelled.
PRELIM/ARRAIGN. OR REMOVAL: August 4, 2000 @ 11:00 a.m.
STATUS CONFERENCE: _____
DATE: July 25, 2000   TIME: 11:00 A.M.   TAPE # 00-059   PG #