AO 442 (Rev. 5/93) Warrant for Arrest                                                          490314

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

FABIEN JOSEPH a/k/a JEAN PATRICK DORLEANS

## WARRANT FOR ARREST

CASE NUMBER: 00 - 4176 - BSS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **FABIEN JOSEPH, a/k/a JEAN PATRICK DORLEANS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to smuggle an alien for private financial gain

in violation of Title  **8, 18**  United States Code, Section(s)  **1324 (a)(2)(B)(ii); 371**

BARRY S. SELTZER, U.S. MAGISTRATE JUDGE                U.S. Magistrate Judge
Name of Issuing Officer                                  Title of Issuing Officer

[Signature]                                              July 13, 2000 — Ft. Lauderdale
Signature of Issuing Officer                             Date and Location

Bail fixed at $  Pretrial Detention  by  [Signature]
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Detainer pick up from BSO |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/13/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST 7/21/00 | FOR: INS | Fred Depompa, SDUSM |

This form was electronically produced by Elite Federal Forms, Inc.