TLP:mmp

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6200 - CR-ZLOCH
18 U.S.C. § 1546 (a)
18 U.S.C. § 2

MAGISTRATE JUDGE
SELTZER

UNITED STATED OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
v.                         )
                           )
FABIEN JOSEPH, a/k/a       )
Jean Patrick Dorleans,     )
                           )
            Defendant.     )
_____/

FILED by D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

On or about June 22, 2000, at Broward County, in the Southern District of Florida, the defendant,

**FABIEN JOSEPH, a/k/a
Jean Patrick Dorleans,**

willfully and knowingly used and attempted to use a fraudulently obtained United States Immigration and Naturalization Service Alien Permanent Resident Card, A# 041-135-822 (I-551), a document prescribed by statute and regulation as evidence of authorized stay and



employment in the United States, knowing it to be procured by fraud, in that the defendant applied for and received said card by impersonating Jean Patrick Dorleans, in violation of Title 18, United States Code, Section 1546(a), and Title 18, United States Code, Section 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Allen O'Connor for*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Thomas P. Lanigan*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

Fabien Joseph, a/k/a
Jean Patrick Dorleans

**CASE NO.** _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)     Yes ___     No ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

___ Miami     ___ Key West
X   FTL        ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) Yes
   List language and/or dialect   Creole/Haitian

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       X        Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony       X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No.   00-4176-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  July 21, 2000
   Defendant(s) in state custody as of  June 22, 2000
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No)     NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*signature*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500033

*Penalty Sheet(s) attached                                          REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Fabien Joseph, a/k/a**
Defendant's Name: **Jean Patrick Dorleans** Case No.:_____

Count #: **1**          **18 U.S.C. § 1546**

**Fraudulent Use Of Alien Permanent Resident Card**

*Max. Penalty: **Ten Years' imprisonment and $250,000 fine.**

================================================================
Count #: **2**

*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
Count #:


*Max. Penalty:
================================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.
================================================================