AUG 4 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6200-CR-Zloch

UNITED STATES OF AMERICA

vs

Fabian Joseph

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-4-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _____In Custody_____
                     _____
                     Telephone: _____

DEFENSE COUNSEL:     Name: _____FPD_____
                     Address: _____
                     _____
                     Telephone: _____

BOND SET/CONTINUED:  $_____cont's in custody_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this ___4___ day of ___August___, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
      Deputy Clerk

Tape No. ___00-064___

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services