| | | | |
|---|---|---|---|
| DEFT: | Fabian Joseph (J)# | CASE NO: | 00-6200-CR-Zloch ~~00-4176-BSS~~ |
| AUSA: | Tom Lanigan / Bob Nicholson | ATTNY: | FPD Wilcox for Pat Hunt |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED BY ___ D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT. LAUD.

(Circle One)
Interpreter Request.
No Interpreter
Not Known
Creole by Algreta
(Specify Language)

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-18-00 | 9:30 AM | SNOW |

DATE: 8-4-00    TIME: 11:00am    TAPE # 00-064    PG # 2
116-160
recalled
253-300
14