UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6200-CR-ZLOCK

UNITED STATES OF AMERICA

v.

FABIEN JOSEPH,

DEFENDANT,

_____/

**NIGHT BOX
FILED**

AUG   8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing
Discovery Order issued in this case file this response which is
alphabetized and numbered to correspond to that original order and
states as follows:

A.   1.   There are written and recorded statements made by
the defendant.  See attached statement given by the defendant and
executed  advise of rights form

2.   The defendant made  oral statements after arrest, in
response to interrogation by a then known-to-be government agent,
reports of which are attached, which the government intends to
offer  in  evidence  at  trial.  See  attached  statement  of  the
defendant.

3.   Defendant did not testify before the grand jury.

4.   The defendant does  have a criminal history which is
attached.

5.   Books, papers, documents, photographs, tangible
objects, buildings or places which the government intends to use as
evidence at trial to prove its case in chief, or were obtained from
or belonging to the defendant, include but are not limited
to:assorted immigration documents; Air Jamaica travel documents;
United Kingdom Passport in the name of Simon David Arnold Williams
# 025430186, fingerprint card for Ian Guthrie DOB 2/16/64; Circuit
Court for Prince George's county, Maryland records for the arrest
and conviction of Ian Oliver Guthrie, DOB 2/16/64; forensic
document examination report of Phillip A. Rusk, Senior Document
examiner INS, of United Kingdom passport number 025430186 in the
name of Simon David Arnold Williams; Certificate of Nonexistence of
record of permission to enter for Ian Oliver Guthrie file No. A-
29011667.

6.   The results or reports of physical or mental
examinations or scientific tests or experiments made in connection
with this case, if any exist, are ;report of examination conducted

by Phillip A. Rusk, Senior Document Examiner INS, of United Kingdom passport number 025430186 in the name of Simon David Arnold Williams.

B.     The United States requests the discovery and production of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure 16(b).

C.     The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: none known.

D.     The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: none known

E.     None Known

F.     The defendant was not identified in photo spreads or similar identification procedures.

G.     The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H.     The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b). Any evidence made available for inspection may be offered in the government's case in chief under Federal Rule of Evidence 404(b) or otherwise. The government will seek to introduce other travel documents such as a green card in the name of Gerard Raymond and several Haitian Passports in various names that were in the defendant's possession

I.     The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J.     The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section 3500.

K.     There are no controlled substances which are the subject of the indictment in this case.

L.    The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M.    Latent fingerprints of the defendant while using the name of  were recovered in this case and compared with the known prints of , a convicted aggravated felon. It was determined that they are one and the same person. See attached fingerprint report.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offense was committed is as follows:

Date:        June 22, 2000

Place        Fort Lauderdale Airport, Broward County, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd. Suite 700
Fort Lauderdale, FL 33301
954-356-7255 ext 3590
954-356-7230 fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 8th day of August ,2000 to: Martin Bidwell, AFPD 201 NE 2nd ave, Fort Lauderdale, Florida.

_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/I Angela Lear, INS

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

Date: June 22, 2000        Before:        Joseph Derogatis, II

Office:    Ft Lauderdale Int'l Airport        File No:  A# 73 103 520

Statement By:        Fabian    JOSEPH

In the        English        language.  Interpreter        none        used.

I am an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States of America. I desire to take your sworn statement regarding your application for admission into the United States.

Any statement you make must be given freely and voluntarily and may be used against you, or any other person in Immigration and Naturalization Service Proceedings.

Q. Are you willing to answer my questions at this time?

A. Yes.

Q. Do you swear or affirm that all the statements you are about to make will be the truth, the whole truth, and nothing but the truth?

A. I am going to tell you the truth.

Q. What is your full, true and correct name?

A. Fabian Joseph.

Q. When and where were you born?

A. May 20, 1968, in Cape Haitian, Haiti.

Form I-263 (Rev. 5-25-65)

GPO 886 569

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

Q. What is your nationality?

A. Haitian.

Q. What is your marital status; single, divorced, married to a USC, married to an LPR, widowed, etc?

A. Married to a Haitian citizen, living in Haiti.

Q. Do you have any reason to believe that you are a citizen of the United States?

A. No.

Q. Where do you currently reside?   State your full address and telephone number.

A. 799 NW 145 Street, Miami, Fl 33168 (305) 953-1719

Q. How much money do you have with you?

A. $360 U.S. & $4875 Haitian.

Q. What is your occupation?

A. Mechanic.

Q. Where are you currently employed?

A. Daniel's Electric in Miami.

Q. Have you ever been arrested before, in the US or anywhere?

A. Yes in Miami.

Q. Where you arrested on 05/15/1998 by Miami Metro-Dade for larceny?

Form I-263 (Rev. 5-25-65)

Page 2 of 7

GPO 386 569

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

A. Yes, I think that was the date.

Q. Were found found guilty of the larceny charge on 15 May 1998?

A. I think I was guilty. I paid a $200.00 fine.

Q. Did you arrive on Lynx #260 from Cap-Hatian, Haiti on 22 June 2000?

A. Yes.

Q. Where you traveling with Patrick Edward Leonard, Jr. from Cap Haitian?

A. Yes.

Q. How did you come to bring the child LEONARD to the United States?

A. Katia JULES asked me to bring the boy. The pilots would not take him three times before.

Q. Did you tell the pilot that the boy was family?

A. The little boy said I was his uncle.

Q. How much did JULES pay you to take LEONARD?

A. Nothing.

Q. How do you know JULES?

A. I have known him for a long time in Haiti.

Q. Have you ever helped JULES in the past?

A. No.



United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

Q. What document did you present to the Immigration inspector at the booth?

A. A Green Card, and LEONARD's passport.

Q. What is the name on the green card you presented?

A. DORLEANS, Jean Patrick.

Q. How did you obtain the green card with your picture in it?

A. Jean Patrick DORLEANS made it for me.

Q. How much did you pay DORLEANS?

A. I paid him for the immigration fee.

Q. Why did you need the immigration card?

A. So I can go back and forth to Haiti.

Q. Do you have other documents in the name of DORLEANS?

A. Yes, a Haitian passport.

Q. How did you get you picture in the passport?

A. He (Dorleans) did everything.

Q. How much did you pay for the passport?

A. $65 U.S.

Q. Were legally in the United States?

A. Yes. I have a work permit.



Form I-263 (Rev. 5-25-65)                                                    GPO 886 569

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

Q. How did you first enter the United States?

A. I came on a little wooden boat.

Q. Have you ever been in immigration proceedings?

A. I went into the office at Miami and applied for asylum.

Q. What was the outcome for your asylum?

A. It was denied, but I think the embassy was trying to get me a green card.

Q. How did you obtain a driver's license in the name of DORLEANS?

A. He gave me the renewal information, and I went in to get it.

Q. How did you obtain a Concealed Weapons permit in your name?

A. I went to school, and applied for it.

Q. Why are you bringing documents that do not belong to you into the United States?

A. People gave them to me to bring to others here in the United States.

Q. How did you obtain the green card in the name RAYMOND, Gerard?

A. MAXI, Jean, his brother sent it to him.

Q. Who gave you the passports in the names of AUGUSTE. Robenson, SARA. Miliande, LAMOUR, Fiolene?

A. LAMOUR, Roland gave me the AUGUSTE & LAMOUR and SARA gave me his own.

Q. Why do you have so many pictures in your possession for people you don't know?

United States Department of Justice
Immigration and Naturalization Service

Record of Sworn Statement

A.  For different people here in the United States.

Q.  Do you have anything you would like to add?

A.  No.

I have read (or have had read to me) the foregoing statement. consisting of
_____7_____ pages (including this page). I state that my answers are true and
correct to the best of my knowledge and that this statement is a full, true and correct
record of my interrogation on the date indicated by the above-named officer of the
Immigration and Naturalization Service. I have initialed each page of this statement
(and the corrections noted on page(s)_____).

Signature: _____

Sworn and subscribed to before me at _____ Ft Lauderdale Int'l Airport
`    on _____ June 22, 2000 _____ .

_____    J.Derogatis, II
Officer, United States Immigration and Naturalization Service


Witnessed by: _____    C.Duchesne. SII ·


## RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-263A (Rev. 11-20-63)

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
CLARKSBURG, WV

DATE: June 22, 2000

TO: USINS
FT LAUDERDALE, FL

ATTN: INSPECTOR BLUM

FROM: DCFBIWAD2
FBI
SPECIAL PROCESSING CENTER - MODULE C-2
1000 CUSTER HOLLOW ROAD
CLARKSBURG, WV 26306

PHONE: 304-625-5584 (24 HOUR - VOICE)
304-625-5587 (24 HOUR - AUTO FAX)

SUBJECT: DELORES, JEAN PATRICK D.O.B./ 06/19/75

YOUR CASE #:

DATE PRINTS SUBMITTED: 06/22/00

The fingerprints you submitted on the above subject are
identical with: JOSEPH, FABIEN
FBI # 215 974 KB2

This subject's criminal history is available in and must be
obtained through the NCIC Interstate Identification Index (III).

AUTHORIZATION: DRL/CFS

## CONFIDENTIALITY NOTICE

This facsimile transmission may contain confidential information belonging to the sender which is protected by
law. The information is intended only for the use of the recipient named above. if you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution or taking of any actions in reliance
on the contents of this transmission is strictly prohibited.



LICENSE NUMBER
J210-349-68-180-0
FABIEN JOSEPH
779 NW 146 ST
MIAMI, FL 33168-0000
BIRTH DATE  SEX  HGT  REST
06-20-68  M  5-10
ISSUED  EXPIRES
06-10-00  06-20-05
Operation of a motor vehicle constitutes consent to any sobriety test required by law



# PERMANENT RESIDENT CARD
NAME DORLEANS, JEAN PATRICK
INS A# 041-135-822
Birthdate          Category    Sex
06/15/78    P22      M
Country of Birth
Haiti
CARD EXPIRES 11/04/09
Resident Since 05/09/87

C1USA0411358229SRC0002154523<<
7506154M0911049HTI<<<<<<<<<<<5
DORLEANS<<JEAN<PATRICK<<<<<<<<



The Sunshine State
IDENTIFICATION NUMBER
D645-475-75-215-0
JEAN PATRICK DORLEANS
779 NW 146 ST
MIAMI, FL 33168-0000
BIRTH DATE  SEX  HGT.
06-15-75  M  5-07
ISSUED  EXPIRES
09-22-98  06-15-04  00-00-00
NOT A DRIVER LICENSE
RESIDENT
IDENTIFICATION PURPOSES ONLY



SOCIAL SECURITY
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
FABIENS JOSEPH
SIGNATURE



WARNING
7723473  VALID THRU  07/01  V
VISA



CONCEALED WEAPON OR FIREARM LICENSE
STATE OF FLORIDA
JOSEPH, HABIEN
530 NW 194TH TERR
MIAMI, FL 33169
BIRTH DATE
05
LICENSE
W 992
The above named is licensed by the Department
of State, Division of Licensing
with Section 790.06, Florida Statutes.
KATHERINE HARRIS
SECRETARY OF STATE

cr-06200-WJZ    Document 13    Entered on FLSD Docket 08/09/2000631 Pa

```
                                 ------ QUERY -----  LNE      TERM/
            NAME            DOB    DATE  TIME AGN RSLT TYP  REF   LANE  API

 DORLEANS, JEAN          061575 062200 1940 INS TECS  AIR   INS   SI04   N
  A522-FT LAUDERDALE, HOLLYWOO  DOC: 041135822        US C  INSP: 215785640
 DORLEANS, JEAN PATRICK  061575 022700 1650 INS NOMA  AIR         SI04   N
  A522-FT LAUDERDALE, HOLLYWOO  DOC:                        INSP: 157505649
 DORLEANS, JEAN          061575 011300 1748 INS NOMA  AIR         SI11   N
  A522-FT LAUDERDALE, HOLLYWOO  DOC: 41135822         A     INSP: 073361539
 DORLEANS, JEANPATRICE   061575 101099 1723 INS NOMA  API  INS   PJ09   C
  MIA -MIAMI INTL, FL         DOC: FL99P498           HT P  INSP: 090748116
```

```
         TO VIEW DATA ON HIT REFERRAL, ENTER "V" AND PRESS ENTER
END OF DATA

              (PF5=FIRST PAGE)   (PF7=PREV PAGE)     (PF8=NEXT PAGE)
    (PF1=HELP)  (PF2=FIELD HELP)  (PF3=MAIN MENU)    (PF4=PREV MENU)
```



The Sunshine State —
IDENTIFICATION CARD
IDENTIFICATION NUMBER
D645-475-75-215-0
JEAN PATRICK DORLEANS
779 NW 145 ST
MIAMI, FL 33168-0000

| BIRTH DATE | SEX | HGT. |
| 06-16-75 | M | 5-07 |

| ISSUED | EXPIRES | DUPLICATE |
| 09-22-89 | 06-16-04 | 00-00-00 |

Florida

NOT A DRIVER LICENSE    IDENTIFICATION PURPOSES ONLY    RESIDENT: NO





PERMANENT RESIDENT CARD
NAME DORLEANS, JEAN PATRICK
INS A# 041-135-822
Birthdate    Category    Sex
06/15/75      P220        M
Country of Birth
Haiti
CARD EXPIRES 11/04/09
Resident Since 05/09/87



```
C1USA0411358229SRC0002154523<<
7506154M0911049HTI<<<<<<<<<<<5
DORLEANS<<JEAN<PATRICK<<<<<<<<<
```



C1USA0411358229SRC0002154523<<
7506154M0911049HTI<<<<<<<<<<<5
DORLEANS<<JEAN<PATRICK<<<<<<<<<

















PERMANENT RESIDENT CARD
NAME DORLEANS, JEAN PATRICK
INS A# 041-135-822
Birthdate    Category    Sex
06/15/75     P29         M
Country of Birth
Haiti
CARD EXPIRES 11/04/09
Resident Since 05/09/87

C1USA0411358229SRC0002154523<<
7506154M0911049HTI<<<<<<<<<<<5
DORLEANS<<JEAN<PATRICK<<<<<<<<



— The Sunshine State —
IDENTIFICATION NUMBER
D645-475-75-215-0
JEAN PATRICK DORLEANS
779 NW 145 ST
MIAMI, FL 33168-0000

BIRTH DATE    SEX    HGT
06-15-75      M      5-07
ISSUED        EXPIRES    DUPLICATE
09-22-99      06-15-04   00-00-00

RESIDENT NO
NOT A DRIVER LICENSE    IDENTIFICATION PURPOSES ONLY

Cuidy Edouard Joseph
Ganexa Joseph
Rue Oet1 1 # 185 (Bis)

Fabien-Joseph
# du Compte en Haïtien
500-2215-214 1536 Compte #
US Compte #
500-2216-214 1550

Smuggler
boy's
Name
with
Joseph
Book

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

**ARC** PASSENGER RECEIPT    SITI

ISSUED BY
AIR FRANCE                      XXXXX
NAME OF ISSUING AGENT                     AGENT CODE     NAME OF PASSENGER
MIAMI                           FL UNTHPPHRN  MIA
NAME OF PASSENGER
DORLEANS/JEAN PATR SHAXOW/AA THSXOW
**==NOT VALID FOR==** THIS IS YOUR RECEIPT  20FEB20FEB
**==TRANSPORTATION==**                      X/ 40M4*RL
ENDORSEMENTS/RESTRICTIONS
YOUTH/STUDENT RESTRICT APPLY
FP CASH /FCMIA AF PAP150.00THSXOW NUC150.00END ROE1
.00 XFMIA3

FARE    USD    150.00
TAX     US      12.40
TAX     XF       3.00    STOCK CONTROL NO 60267696812
TOTAL   USD    165.40                  0 057 7763167975 0

NOT VALID FOR ISSUE
0 057 7763167975 0
AA10527414

---

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

PASSENGER RECEIPT    SITI                8018944    AGP

**ARC**
AMERICAN AIRLINES               XXXXX         A10596950   DORLEANS/JEAN PATRIC
BONJOUR TRAVEL                  MIAMI         FL US29DEC29   MIA
DORLEANS/JEAN PATR QNYNK67AA Y26              PAP AA377 Y 30DEC26
**==NOT VALID FOR==** THIS IS YOUR RECEIPT
**==TRANSPORTATION==**                       X/ L7F59GP
ENDORSEMENTS/RESTRICTIONS
FP AGENCY CK /FCMIA AA PAP Q5.00 181.00Y26NUC186.00
ND ROE1.00 XFMIA3

FARE    USD    186.00
TAX     US      12.20
TAX     XF       3.00    STOCK CONTROL NO 60182385255
TOTAL   USD    201.20                  0 001 7693895025 2

NOT VALID FOR TRAVEL
0 001 7693895025 2
AA10596950

---

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

PASSENGER RECEIPT    SITI                8016369    AGP

**ARC**
AMERICAN AIRLINES               XXXXX         A10596950   DORLEANS/JEAN PATRIC
BONJOUR TRAVEL                  MIAMI         FL US29SEP09   MIA
DORLEANS/JEAN PATR RMBGGM/AA MULTI            OPAP AA377 H 02OCTH1
**==NOT VALID FOR==** THIS IS YOUR RECEIPT    MIA AAOPEN Y    Y26
**==TRANSPORTATION==**                       X/ L7F5*GP
VALID ONLY ON AA/ FEE ON CHG
FP AGENCY CK /FCMIA AA PAP Q5.00 140.00H1 AA MIA Q5
00 181.00Y26NUC331.00END ROE1.00XT2.00XA3.00XFMIA3

TAX     XT       5.00
TAX     XD     331.00
TAX     US      24.40    STOCK CONTROL NO 58522590685
TAX     XY       6.00                  0 001 7672199227 4
TOTAL   USD    366.40

NOT VALID FOR TRAVEL
0 001 7672199227 4
AA10596950

Airline tickets in name of
Jean Patrick Dorkans



**LYNX** AIR INTERNATIONAL
Lynx Air International
2525 NW 55th Court, Hangar #24
Ft. Lauderdale, FL 33309
Phone: 954-772-9808
Fax: 954-772-1141

**PASSENGER COUPON**

232034

**PASSENGER NAME**

**PHONE**

| FROM | | |
| TO | DATE | DEP. TIME |
| TO | DATE | DEP. TIME |
| Form of Payment | Special Instructions | |

| PRICE | DATE AND PLACE OF ISSUE |
|---|---|
| U.S.D. | |
| 20% DR. TAX | |
| TOTAL $ | |
| HEAD TAX | |
| U.S. TAX | |
| TOTAL $ | BY |

**NONREFUNDABLE/USE WITHIN ONE YEAR**  **(CUSTOMER RECEIPT)**

---

**LYNX** AIR INTERNATIONAL

Phone: 954-772-9808 • Fax: 954-491-8361

2525 NW 55th Court, Hanger #24
Ft. Lauderdale, FL 33309

N⁰ 221825

**RECEIPT FOR PAYMENT**

Received from Doolean Jean Patrick Phone _____

Address _____

For #cross bags Penalty on the Ticket # 232084
398 ÷ 2 = 199 X 30% $ 59.70

AMOUNT $ 59.70 DATE 12/22/ 9-9 BY Junio S.

---

**LYNX** AIR INTERNATIONAL
Lynx Air International
2525 NW 55th Court, Hangar #24
Ft. Lauderdale, FL 33309
Phone: 954-772-9808
Fax: 954-772-1141

**PASSENGER COUPON**

233938

**PASSENGER NAME**

**PHONE**

| FROM | | |
| TO | DATE | DEP. TIME |
| TO | DATE | DEP. TIME |
| Form of Payment | Special Instructions | |

| PRICE | DATE AND PLACE OF ISSUE |
|---|---|
| U.S.D. | |
| 20% DR. TAX | |
| TOTAL $ | |
| HEAD TAX | |
| U.S. TAX | |
| TOTAL $ | BY |

**NONREFUNDABLE/USE WITHIN ONE YEAR**  **(CUSTOMER RECEIPT)**



**A'A AmericanAirlines**

AA 1292 MIA
MIAMI INTERNTNL FL
DORLEANS/JEAN PATR
8001590767

AA   77  07  97    3-)891-9422

BON JOUR TRAVEL
136 N.E. 54TH STREET
MIAMI, FL 33137
TEL   305 754-1008
FAX   305 754-1404

SALES PERSON: GP          ITINERARY/INVOICE NO. 0018944          DATE: 29 DEC 99
                                               QNYNKG                    PAGE: 01

     TO: *****

FOR: DORLEANS/JEAN PATRICK MR

30 DEC 99  -  THURSDAY
    AIR    AMERICAN AIRLINES    FLT:377       ECONOMY         BREAKFAST
           LV MIAMI INTERNTNL                 830A            EQP: AIRBUS A300-600
                                                              01HR 52MIN
           AR PORT AU PRINCE                  1022A           NON-STOP
                                                              REF: QNYNKG
           DORLEANS/JEAN PH  SEAT-20B



Addresses and stamps
Glasses
Medicines
Aspirin
Sun glasses

Quilts

AMERIMARK • 1-800-228-0

ongs

*IMPORTANT INFORMATION - SAVE THIS MAILER*

**Use this section to speed your application for an extension or replacement card (see below).**
**Do Not Bend or Fold This Cut-off Section.**                    A# 041-135-822

DORLEANS, JEAN PATRICK
1920 NW 135 ST
MIAMI, FL  33168

 **(Do Not Bend or Fold This Cut-off Section.)**                    FORM I-797F (REV. 5-1-97)

**YOUR APPLICATION HAS BEEN APPROVED.**
Here is your new card. If you find an error on it please
call us at the phone number shown below. Your card is
valid for the dates shown on it.

**PROTECT YOUR CARD.** If you lose your card, or if
it is stolen, call us at the phone number shown. You may
immediately apply for a replacement.

**SAVE THIS MAILER.** It can help you speed your
application for an extension or replacement.

**SEE THE BACK OF THIS NOTICE FOR
ADDITIONAL INFORMATION.**

P.O. Box 851488
Mesquite, TX  75185-1488

**U.S. Department of Justice**

INS Texas Service Center

**Immigration and Naturalization Service**



Phone Number  (214) 381-1423

Date  11/05/99

A# 041-135-822

DORLEANS, JEAN PATRICK
1920 NW 135 ST
MIAMI, FL  33168

Receipt # SRC0002154523

APHIS/FWS USE ONLY | **WELCOME TO THE UNITED STATES** | CUSTOMS USE ONLY

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUSTOMS SERVICE**

FORM APPROVED
OMB NO. 1515-0041

## CUSTOMS DECLARATION

19 CFR 122.27, 148.12, 148.13, 148.110, 148.111

Each arriving traveler or responsible family member must provide the following information (only ONE written declaration per family is required):

1. Family Name
Oxleans Jean Patrick

2. First (Given) Name     3. Middle Initial(s)   4. Birth Date (day/month/yr)
Jean    Pri     04/15/76

5. Airline/Flight No. or Vessel Name or Vehicle License No.     6. Number of Family Members Traveling With You
Florida

7. (a) Country of Citizenship     7. (b) Country of Residence
Miami

8. (a) U.S. Address (Street Number/Hotel/Mailing Address in U.S.)
7799 NW 14 5 Street     Miami

8. (b) U.S. Address (City)     8. (c) U.S. Address (State)
7799 NW 14 5 Street  Miami  Florida

9. Countries visited on this trip prior to U.S. arrival

a.  Providences
c.           d.

10. The purpose of my (our) trip is or was:  (Check one or both boxes, if applicable)     ☐ Business     ☑ Personal

11. I am (We are) bringing fruits, plants, meats, food, soil, birds, snails, other live animals, wildlife products, farm products; or, have been on a farm or ranch outside the U.S.     ☐ Yes     ☑ No

12. I am (We are) carrying currency or monetary instruments over $ 10,000 U.S., or foreign equivalent:     ☐ Yes     ☑ No

13. I have (We have) commercial merchandise, U.S. or foreign. (Check one box only)     ☐ Yes     ☑ No

14. The total value of all goods, including commercial merchandise, I/we purchased or acquired abroad and am/are bringing to the U.S. is:     ▷ $ _____   (U.S. Dollars)

(See the instructions on the back of this form under "MERCHANDISE" and use the space provided there to list all the items you must declare. If you have nothing to declare, write "- 0 -" in the space provided above.)

**SIGN BELOW AFTER YOU READ NOTICE ON REVERSE**
I have read the notice on the reverse and have made a truthful declaration.

X Orleans J. Patrick     06-22-00
Signature     Date (day/month/year)

U.S. Customs use only -- Do not write below this line -- U.S. Customs use only

INSPECTOR'S BADGE NUMBER | STAMP AREA

TIME COMPLETED |

Seminole Form 481 E     Customs Form 6059B (013194)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

FLINS1100                                    ICN ISIS0004000003385347

THE ENCLOSED RECORD WITH THE FBI NUMBER 215974KB2 AND IAFIS
CONTROL NUMBER (ICN) ISIS0004000003385347 IS BEING PROVIDED AS THE RESULT
OF CRIMINAL RETURN IDENT TEN-PRINT SUBMISSION.

DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:

 FLORIDA           - STATE ID/FL04812376
 FBI               - FBI/215974KB2

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) REGULATED
DATA, THE RESPONSE MAY NOT BE COMPLETE. IF THE RESPONSE IS INCOMPLETE,
PLEASE CONTACT THE CRIMINAL JUSTICE INFORMATION SERVICES DIVISION,
IDENTIFICATION AND INVESTIGATIVE SERVICES SECTION OR THE STATE BUREAU(S)
TO REQUEST A COMPLETE RECORD.

                    I.II..II..II...II.I.II..I.II
                    FLINS1100
                    USINS FT LAUDERDALE
                    PORT EVERGLADES STATION
                    1800 ELLER DR-STE 401
                    PO BOX 13054
                    FORT LAUDERDALE,FL 33316

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

FLINS1100
TCN

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH CONTAINED
THE FOLLOWING DESCRIPTORS:

NAME DELORES,JEAN PATRICK
DATE ARRESTED/FINGERPRINTED 2000/06/22

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|------|---------|------------|--------|--------|------|------|
| MALE | UNKNOWN | 1975/06/19 | UNK | UNK | UNK | UNK |

STATE ID      BIRTH PLACE
              UNKNOWN

OTHER BIRTH                              SOCIAL
DATES           SCARS-MARKS-TATTOOS      SECURITY    MISC NUMBERS

ALIAS NAME(S)
PATRICK,DELORES JEAN

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

FLINS1100                                    ICN ISIS0004000003385347

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
               - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.        DATE REQUESTED
JOSEPH,FABIEN                     215974KB2      2000/06/22

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    B     1968/05/20  509     210     BRO   BLK   HAITI

FINGERPRINT CLASS    PATTERN CLASS
17 PM 13 17 11       RS WU RS RS RS LS LS LS RS LS
18 11 08 14 10       RS WU AU AU    WU    LS AU

RECORD UPDATED 2000/06/22

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

FLINS1100                                    ICN ISIS0004000003385347


\*\*\*SPECIAL INFORMATION\*\*\*

COPIES FOR 'SEND COPY TO' NOT SENT. IF COPIES REQUESTED; YOUR AGENCY
SHOULD DISSEMINATE.



LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

DORELEANS, Jean P

FLINSMN00
USINS
MIAMI, FL

M | BI | 5-11" | 230 | BR | BR | 6 | 15 | 75

Haiti

6-22-00

A# 41 135 822

240 Removal

Orléans J. Patrick

1. Alien Smuggler
2. Crime Involving Moral Turpitude

LEAVE BLANK

LEAVE BLANK




FEDERAL BUREAU OF ...

240

Haiti

8 USC 1182 (6) (E)
8 USC 1182 (2) (A) (i)

BASIS FOR CAUTION

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

DATE OF OFFENSE

6/22/2000

DARK

ADDITIONAL INFORMATION

US Immigration and Naturalization
Ft Lauderdale Int'l Airport
1800 Eller Drive, Suite 402
Ft Lauderdale, Florida 33316

(954) 356-7790

DEPT OF STATE

**IMMIGRANT VISA AND ALIEN REGISTRATION**

IV-41135622

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

OF:  *(Family Name)*  *(First Name)*  *(Middle Name)*
DORLEANS, JEAN PATRICK

INS FILE #, IF KNOWN

| ACTION BY IMMIGRATION INSPECTOR | THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA *(Name of vessel or flight no. of arrival)* | INELIGIBILITY FOR VISA WAIVED UNDER SECTION |

☐ 212(e)   ☐ 212(h)
☐ 212(g)   ☐ 212(i)

CITY AND COUNTRY OF BIRTH
PORT AU PRINCE, HAITI

MO-DAY-YR OF BIRTH
15JUN75

CITY AND COUNTRY OF LAST RESIDENCE
PORT AU PRINCE, HAITI

NATIONALITY
HAITIAN

MARITAL STATUS
☐ M ☒ X ☐ W ☐ D ☐ SEP

MOTHER'S FIRST NAME
LUCIANA

FATHER'S FIRST NAME
JEAN

FINAL ADDRESS IN THE UNITED STATES | STREET ADDRESS, INCLUDE—IN CARE OF & APT# IF APPLICABLE
12 ELWYN ROAD | CITY, STATE, AND ZIP CODE, IF AVAILABLE
DORCHESTER, MA       02124

SEC. 212(a)(14) LABOR CERTIFICATION ☐ NOT APPLICABLE ☒ NOT REQUIRED ☐ ATTACHED | OCCUPATION
STUDENT

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

**IMMIGRANT CLASSIFICATION**

CLASSIFICATION SYMBOL
P2-2

AMERICAN   EMBASSY

FOREIGN STATE OTHER AREA LIMITATION
HAITI

AT   PORT-AU-PRINCE

IMMIGRANT VISA NO.
PTP  870  0643  501

Consular Officer of the United States of America

ISSUED ON   *(Day)*   *(Month)*   *(Year)*
21APR87

THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF   *(Day)*   *(Month)*   *(Year)*
18AUG87

**PASSPORT**

NO.
86  355686

OR OTHER TRAVEL DOCUMENTS, Describe

ISSUED TO

BY

ON

EXPIRES

IV-41135622

Tariff No. 21
Fee Paid $75
Local Cy. Equiv.   Gdes.  125.00

ACTION ON ... | ACTION ON APPEAL | U.S.P.H.S.

NCV. 0 5 1987

U.S. Department of Justice
Immigration and Naturalization Service

10/28/1999 SRC-00-021-54523 SRCALH04

## START HERE - Please Type or Print

**FOR INS USE ONLY**

### Part 1. Information about you.

| Family Name | Orleans | Given Name | J. Patrick | Middle Initial | D.H. |

**U.S. Mailing Address - C/O**

| Street Number and Name | 1920 NW 135 Street | Apt. # |

| City | Miami |

| State | FL | ZIP Code | 33168 |

| Date of Birth (Month/Day/Year) | 06-15-1975 | Country of Birth | Haiti |

| Social Security # | 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 | A # | 411135822 |

| Returned | Receipt |
| Resubmitted | SEP 1999 |
| Reloc Sent | |
| Reloc Rec'd | |

### Part 2. Application Type.

1. **My status is:** (check one)
   a. ☑ Permanent Resident
   b. ☐ Conditional Resident
2. **Reason for application:** (check one)
   **I am a permanent resident or conditional resident and:**
   a. ☑ my card was lost, stolen, or destroyed. I have attached a copy of an *identity document*.
   b. ☐ I never received a card. I have attached a copy of an *identity document*.
   c. ☐ my card is mutilated. I have attached the mutilated card.
   d. ☐ my card was incorrect when issued. I have attached the incorrect card and evidence of the correct information.
   e. ☐ my name or other biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.
   **I am a permanent resident and:**
   f. ☐ my present card has an expiration date on it and is expiring. I have attached my present card.
   g. ☐ I have reached my 14th birthday. I have attached my present card and a Fingerprint Card (Form FD-258).
   h. ☐ I was a commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
   i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
   j. ☐ I have an old edition of the card.

☐ Applicant Interviewed

Status as ___ verified by ___
Class ___ Initials ___
FD-258 forwarded on ___
I-89 Forwarded on ___

**Remarks**

### Part 3. Processing Information.

| Mother's First Name | Lucious Blanc | Father's First Name | Jean E. Dalcus |

| City of Residence where you applied for an Immigrant Visa or Adjustment of Status | Port-au-Prince Haiti | Consulate where Immigrant Visa was issued or INS office where status was Adjusted | Port-au-Prince Haiti |

| City/Town/Village of Birth | #2 Delmas 3 Port au Prince Haiti | Date of Admission as an immigrant or Adjustment of Status | 11-08-86 |

**Action Block**

APPROVED

NOV 04 1999

SSC 4040

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG# ___

ATTY State License # ___

Form I-90 (Rev. 07/28/92)Y **Continued on back.**

SEP 2 9 1999

**A** _____

**C  ALIEN NUMBER**

**G  NAME AS PRINTED ON LAST CARD  (LAST, FIRST, MIDDLE)**

**H  IN CARE OF**

**I.  NUMBER AND STREET (APT. NO. IF APPLICABLE)**

**J.  CITY**          **K. STATE**   **L. ZIP CODE**

**M.  DOB (MM/DD/YY) ON CARD**      **O. OTHER FP DESIGNATOR**

**P. WAIVER-INIT. REASON**

FP _____ _____

SIG _____ _____

PHOTO _____ _____

**Q  NAME C...**

**NEW NA...**

**NEW DATA**

**R2. CHANGE CODE**      **NEW DATA**      **R3. CHANGE CODE**      **NEW DATA**

**T  CERTIFICATION**

I certify, based upon all available information, that this applicant is entitled to the immigration document for which this application has been made.

*S Reynolds*

**U   STAMPED OR PRINTED NAME OF OFFICER**

**V   OFFICER'S SIGNATURE**

**M I A**    **A 4 1 1 3 5 8 2 3**
**W  LOC CODE**    **X  ALIEN NUMBER**

*Dakaus J. Patrick*

U.S. GOVERNMENT PRINTING OFFICE 1987 408-749

SECTION 2711    CASE NO B97047069

TO BE COMPLETED BY OFFICER FOR A JUVENILE DEFENDANT ONL

PARENT'S OR GUARDIAN'S NAME    Home Address (City)

JOSEPH, FABIEN    5/20/68
1460 NW 112 TER    B/M
MIAMI    FL    33167    663296

PARENT'S OR GUARDIAN'S BUSINESS (Name)    Address (City)

INFORMATION BELOW DOUBLE

WAIVER OF P

ARRESTED    9/28/97

I have been advised of my right to a Preliminary Hearing in Case No (s) _____ in which I am the defendant, and I desire to waive and to
hereby waive my right to such Preliminary Hearing concerning all of the charges against me in said case(s)

_____
Defendant

CASE NO 89747069

ARRAIGNMENT, JUDGMENT, SENTENCE, AND ORDER

CASE NO _____
ARRAIGNMENT, JUDGMENT, SENTENCE, AND ORDER

Said Defendant was arraigned for trial on
and entered a plea of _____ guilty to the charge as set forth herein
After hearing the evidence and duly considering the same, the Court finds
you, the Defendant, _____ guilty of said charge, AND IT IS ORDERED
AND ADJUDGED that you, the Defendant, are _____ guilty as charged
of said offense as set forth herein
IT IS, THEREFORE, the judgment, Order, and Sentence of the Court that
you, the Defendant, be imprisoned in the County Jail of Dade County, Florida for
a term of _____ days, and pay a fine of $ _____ and $ _____
the cost herein, and in default of such payment that you, the Defendant, serve
committed to the County Jail of Dade County, Florida, for a term of _____ days
DONE, ORDERED AND ADJUDGED in open Court at Dade County, Florida

Judge _____
County Court in and for Dade County, Florida

MAY 5 1998
CTS

COUNTY COURT MAGISTRATE DIVISION ACTION, AND OTHER ORDERS

| CHARGE | ACTION | DATE |
|--------|--------|------|
|        | NOV 0 7 1997 |  |
|        | PTA |  |
|        | Stay Away Order - Boundries W. 49St |  |

BOND Amount $ _____    CASE _____    MYRIAM LEHR
Submitted by _____    JUDGE    MYRIAM LEHR    COUNTY COURT JUDGE
COUNTY COURT JUDGE    DATE

RECORDED
MAY 26 1998
Clerk of Circuit
& County Courts

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office this JUL 07 2000 AD 19
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

18116PG4615

| Family Name | JOSEPH | Given Name | FABIEN | Middle Initial |
|---|---|---|---|---|

Resubmitted

| Street Number and Name | 779 N.W. 145th Street | Apt. # |
|---|---|---|

| City | Miami |
|---|---|

| State | Florida |
|---|---|

| Zip Code | 33168 |
|---|---|

| Date of Birth (month/day/year) | 05/20/68 |
|---|---|

| Country of Birth | HAITI |
|---|---|

Y # 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

| A # (if any) | A- 73-103-520 |
|---|---|

Reloc Sent

| Last Arrival (day/year) | 01/20/94 |
|---|---|

| I-94 # | N/A |
|---|---|

Reloc Rec'd

IS   I-485 Pending HRIFA

| Expires on (month/day/year) | N/A |
|---|---|

LIN-99-208-53071 LINSYM01
07/22/1999

☐ Applicant Interviewed

## Part 2.  Application Type. *(check one)*

**I am applying for adjustment to permanent resident status because:**

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in _____ category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fian_____ rried within 90 days of entry, or I am the K-2 _____ a copy of the fiance(e) petition approval notice i_____

d. ☐ I was granted asylum or _____ ouse or child of a person granted asylum and am_____

e. ☐ I am a native or citizen_____ ie U.S. after January 1, 1959, and thereafter ha_____.S. for at least 1 year.

f. ☐ I am the husband, w_____ican described in (e) and am residing with tha_____ roled into the U.S. after January 1, 1959, and the_____ sent in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☒ Other—explain \_\_\_H.R.I.F.A. PRINCIPAL–ASYLUM APPLICANT\_\_\_

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and:** *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

Form I-485 (09-09-92)N         *Continued on back.*

---

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other_____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other_____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, If any**
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

**Part 3. Processing Information.**

| | |
|---|---|
| A. City/Town/Village of birth **LIMONADE - HAITI** | Current occupation: **ELECTRICAL APRENTICE** |
| Your mother's first name **JEANNETTE** | Your father's first name **FABIUS** |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

**N/A**

| | |
|---|---|
| Place of last entry into the U.S. (City/State) **Miami - FLorida** | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer? ☐ Yes ☒ No | **E.W.I.** |
| Nonimmigrant Visa Number **N/A** | Consulate where Visa was issued **N/A** |
| Date Visa was Issued (month/day/year) **N/A** | Sex: ☒ Male ☐ Female | Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S? ☒ No ☐ Yes (give date and place of filing and final disposition):

---

B. List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **PAUL** | **ROLINE** | | **12/30/69** |
| Country of birth **HAITI** | Relationship **SPOUSE** | A # | Applying with you? ☐ Yes ☒ No |
| **JOSEPH** | **FABRICE** | | **02/12/91** |
| Country of birth **HAITI** | Relationship **SON** | A # | Applying with you? ☐ Yes ☒ No |
| **JOSEPH** | **ROLANDE** | | **12/14/91** |
| Country of birth **HAITI** | Relationship **DAUGHTER** | A # | Applying with you? ☐ Yes ☒ No |
| **JOSEPH** | **CASSANDRA** | | **02/16/9** |
| Country of birth **HAITI** | Relationship **DAUGHTER** | A # | Applying with you? ☐ Yes ☒ No |
| | | | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

**NONE**

---

Form I-485 (Rev 09-09-92) N                    Continued On Next Page

## Part 3.  Processing Information. *(Continued)*

Please answer the following questions. ( If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper.  Answering **"Yes"** does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1.  Have you ever, in or outside the U. S.:
    a.  knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
    d.  exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?   ☐ Yes  ☒ No

2.  Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment) , or are you likely to receive public assistance in the future?   ☐ Yes  ☒ No

3.  Have you ever:
    a.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
    b.  engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
    c.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
    d.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?   ☐ Yes  ☒ No

4.  Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?   ☐ Yes  ☒ No

5.  Do you intend to engage in the U.S. in:
    a.  espionage?
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?   ☐ Yes  ☒ No

6.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?   ☐ Yes  ☒ No

7.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?   ☐ Yes  ☒ No

8.  Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?   ☐ Yes  ☒ No

9.  Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?   ☐ Yes  ☒ No

10.  Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?   ☐ Yes  ☒ No

11.  Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No

12.  Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver?   ☐ Yes  ☒ No

13.  Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?   ☐ Yes  ☒ No

14.  Do you plan to practice polygamy in the U.S.?   ☐ Yes  ☒ No

Form I-485 (Rev. 09-09-92)N                    **Continued on back**

**Part 4.    Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | FABIEN JOSEPH | 06/17/99 | 305- 953-1719 |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| | | | |

Firm Name
and Address

1/20/95

**/s/ REX J FORD**

SECTION 240 (b) WARNINGS
READ AND
ISSUED TO ALIEN

( )  1. You have been scheduled for a removal hearing, at the time and place
        set forth on the attached sheet. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for a period of ten (10) years after the date of entry of the
        final order of removal.

( )  2. You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of relief
        under the Immigration and Nationality Act (see Section A. Below) for a
        period of ten (10) years from the date of your scheduled hearing.

( )  3. You have been granted voluntary departure from the United States
        pursuant to section 240B of the Immigration and Nationality Act, and
        remaining in the United States beyond the authorized date other than
        because of exceptional circumstances beyond your control** will result
        in your being ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A. Below) for ten (10)
        years from the date of the scheduled departure or the date of unlawful
        reentry, respectively. Your voluntary departure bond, if any, will
        also be breached. Additionally, if you fail to voluntarily depart the
        United States within the time period specified, you shall be subject
        to a civil penalty of not less than $1000 and not more than $5000.

     4. An order of removal has been entered against you. If you fail to
        appear pursuant to a final order of removal at the time and place
        ordered by the INS, other than because of exceptional circumstances
        beyond your control** you will not be eligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for ten (10) years after the date you are scheduled to appear.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
     1)   Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
     2)   Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
     3)   Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act.

     This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date: 12/19/9 )
Immigration Judge: **/s/ REX J FORD**     or Court Clerk: _____

_____
                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: _____  BY:  COURT STAFF _____
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____
                                                                      V6

Joseph-Josien
460 N.W. 112th STREET
MIAMI, FLORIDA 33167
9/29/97

HAITIAN

FLINSMM00
USINS
MIAMI, FL
05/20/68

M  B 5'9"  215 BRO BLK HAITI

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
MIA

IMMIGRATION   I-589

FLDL# 0210-240-00-100-0
I understand the fingerprinting procedures as required by 8 CFR 103.2(e)(6) and have received adequate training to perform fingerprinting responsibilities.

This attestion is executed in the presence of the person listed below whom I have just fingerprinted.

FABIEN JOSEPH
*(Print name of person fingerprinted)*

+ Joseph-Josien
*(Signature of person fingerprinted)*

## Part 4.  Signature

| Print name of fingerprinter | Signature of fingerprinter | Date |
|---|---|---|
| CARLOS A. YULEE | | 09/29/97 |
| Employee ID # (As assigned by INS) #02 | Telephone # ( 305 )  751 6353 | |

Form I-850A (5-21-96)



Airline Tickets in other names.



EPOU

Minista Enterye Republik d'Ayite solelye mil paspo sa a se sefconyen ayisyen ope le manm tout oldwole peye ke leg is ah Ayete pou ye ado mann sa a e pou ye pwoteje l

Le Ministere de l'Interieur de la République d'Haiti certifie que le titulaire de ce passeport est citoyen haitien et prie les autorites constituees des puissances amies de lui prêter aide et protection

Siyati moun ki gen dwa siyen / Signature autorisée
Ministe Enterye / Ministere de l'Intérieur

Paspo sa a gen 32 paj
Ce passeport contient 32 pages

### AYITI / HAITI

PASPÒ
PASSEPORT

Kalite / Type
REG

Mak leta / Code de l'Etat
ki te / l'emetteur
HTI

PASPÒ nimawo
PASSEPORT No
HA019802

Siyati / Nom
SAHA

Non / Prenom
MILTANDE

Kote k tet / Lieu de naissance
TROU DU NORD

Moun ki peyi / Nationalite
HAITIENNE

Dat ki tet / Date de naissance
14 SEPTEMBRE 1970

Eseksyon gadon / Sexe
MASCULIN

Dat paspo a fet / Date d'emission
25 MARS 1996

Dat paspo a kaba / Date d'expiration
24 MARS 2001

Siyati MÈT PASPÒ A
SIGNATURE DU TITULAIRE

HA019802

Other identity documents
in Fabien JOSEPH's possession.



Nom LAMOUR

Prenom FIOLENE

5 MAI 1958

lieu de naiss : PILATE



AYITI HAITI

PASPÒ
PASSEPORT

Kalite Type

Mak leta    Code de l'Etat
ki te i    emetteur

PASPÒ nimewo
PASSEPORT No
HAATI...

Siyati Nom
LAMOUR

Non Prenon
FIOLENE

Kote li fet Lieu de naissance
PILATE

Moun ki peyi Nationalite
HAITIENNE

Dat li fet Date de naissance
10 MAI 1958

Fi gason Sexe
FEMININ

Dat paspo a fet Date d'emission
22 DECEMBRE 1997

SIYATI MÈT PASPÒ A
SIGNATURE DU TITULAIRE

Dat paspo a fini Date d'expiration
21 DECEMBRE 2002

HAATI...



```
CIMIDN                    IMMIGRATION AND NATURALIZATION SERVICE        06/22/00
COMMAND:                  CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY     21:39:40

ID # (A/AA/C/DA/DL): A30677161                    A#: 030677161    DOB: 06131954
   (FB/FP/I/PP/SS/TD)
   LAST: RAYMOND

                          ...TI          DOE: 03301972       NATZ DATE:
                                                             COURT:
                                    71972  BIN: 09201994     LOCATION:

                                         CONSOLIDATED A-NOS    FATHER: MECENE
                                                               MOTHER: ANNE

                                                          --OTHER INFORMATION--
                                                          CARD-X

DRIVER LIC:
FINGER CD#:

        OVER-KEY ID NUMBER TO DISPLAY NEW PERSON.  PRESS ENTER.
CLEAR EXIT  PF3 REFRESH   PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY PF9 EAD
PF10 REQUIRES A SPECIAL SECURITY CLASS.              PF10 NAILS PF11 EOIR
```





**NIF** 003-967-837-4 ***

**Nom**
ETIENNE                BLAISE HENRILUS
**Date de naissance**
23-12-1969                          **g. Sang**
                                     **A+**
**Lieu de naissance**
HAITI, OUANAMINTHE
**Lieu d'émission**
P - AU - P

Emis le
07-06-2000
Expire le
07-06-2005



VISAS AND E