HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by ___ D.C.
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __KEN RICHARDS_____ CASE NO: ~~00-6175-CR-ZLOCH~~ 

AUSA __BERTHA MITRANI__ /Powell ATTY __JACK BLUMENFELD__ — p

Disc out — no pending motions
3 audio tapes — no video — will be a trial.
Call Carl 9-11.

00-044
@ 1

DEFT __ROBERT ESKIN_____ CASE NO: ~~00-6199-CR-FERGUSON~~

AUSA __DON CHASE__ pres ATTY __NEAL LEWIS__ pres

Going to be a plea

@ 11:

DEFT __FABIAN JOSEPH_____ CASE NO: __00-6200-CR-ZLOCH__ ✓

AUSA __TOM LANIGAN__ /Powell ATTY __FPD__

Trial Sept 25 — Disc out

@ 13:

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __8-18-00_____ TIME __9:30 AM._____