UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6200-CR-ZLOCH

UNITED STATES OF AMERICA,       :

      Plaintiff,               :

v.                              :

FABIAN JOSEPH,                  :

      Defendant.               :
_____

**STATUS REPORT**

A status conference was held in this cause on August 18, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this **21st** day of August, 2000.

                              /s/ Lurana S. Snow
                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
Federal Public Defender's Office (FTL)