UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6200-CR-ZLOCH

FILED by ___ D.C.
AUG 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — FT. LAUD.

UNITED STATES OF AMERICA

v.

FABIEN JOSEPH

---

TYPE OF CASE                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                           COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, Fl, 33301       September 27, 2000, at 9:00 AM

---

CALENDAR CALL - RESET BY COURT

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Thomas Lanigan, Esq., AUSA
Patrick Hunt, Esq., AFPD