**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6200-CR-ZLOCH**



UNITED STATES OF AMERICA

    V.

FABIEN JOSEPH

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301

COURTROOM A  
DATE & TIME:  
October 16, 2000 at 1:30 PM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX  
CLERK OF COURT

_____  
BY DEPUTY CLERK

DATE: September 26, 2000

cc:  
Thomas Lanigan, Esq., AUSA  
Patrick Hunt, Esq., AFPD

