UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
OCT 16 2000
CLARENCE ~~~
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6200-CR-Zloch    DATE 10-16-00

CLERK Carlose Newby    REPORTER Carl Schenzlar

PROBATION _____    INTERPRETER Yolanda Felix

UNITED STATES OF AMERICA v. Fabien Joseph

U. S. ATTORNEY Thomas Lanigan    DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to one count Indictment

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Indictment

CASE CONTINUED TO 1-19-01    TIME 10:30    FOR Sentencing

MISC Written Plea Agreement

23