UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6200-CR-ZLOCH

FILED by _____ D.C.
OCT 1  2000

UNITED STATES OF AMERICA

V.                                NOTICE

FABIEN JOSEPH

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**                         **COURTROOM A**
299 E. BROWARD BLVD.              **DATE & TIME:**
FT. LAUDERDALE, Fl, 33301         October 25, 2000, at 10:00 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 17, 2000

cc:
Thomas Lanigan, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation