FILED by _____ D.C.
OCT 25 2000

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT __of Florida__

__United States__ v. __Fabien JOSEPH__  Case No __00-6200-Cr-Zloch__

### Defendant's Waiver of Preparation of Presentence Investigation and Report

---

I, __Fabien JOSEPH__, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

__10/25/00__  __Joseph Desir__
(Date)    (Signature of Defendant)

__10/25/00__  __[signature]__
(Date)    (Defendant's Attorney)

Prob. 13C (10/76)

26