FILED
OCT 25 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6200-CR-Zloch  DATE 10-25-00
CLERK Carline Newley   REPORTER Carl Schanzlee
PROBATION Debra Pratt   INTERPRETER Yolanda Felix

UNITED STATES OF AMERICA  v.  Fabien Joseph

U. S. ATTORNEY Thomas Lanigan  DEFT COUNSEL Patrick Hunt

DEFENDANT:  (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft waived PSI —
Ct 1 — 4 months custody of BOP —
3 yrs Supervised Release — Upon
completion of sentence — If deported not Re-enter
JUDGMENT or remain in US w/o prior express
permission of A.G. — Non-Reporting
if deported — $100 assessment —
FPD appointed for appeal —

CASE CONTINUED TO ____  TIME ____  FOR ____

MISC  Waiver of PSI filed in open court